IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff<br><br>     v.<br><br>**[3] HECTOR FIGUEROA-CRUZ,**<br>**[6] IRAN E. FELICIANO-MATOS,**<br>**[8] ANTONIO DE JESUS-DE JESUS,**<br>**[9] FELIX RAMIREZ-TORRES,**<br>     **Defendants.** | **Criminal No. 08-163 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendants Félix Ramírez (#9), Iran Feliciano (#6), Héctor Figueroa (#3), Antonio De Jesús-De Jesús (#8), moved or joined in-limine motions to suppress consensual recordings identified within the government's evidence under numbers: N-9, N-10, N-11, N-13 thru N-15 and N-18. A hearing was held before Magistrate-Judge Marcos E. López in which the tapes and matching transcripts were examined. Subsequently, the Magistrate-Judge recommended:

(a)   recording at N-11 is to be suppressed

(b)   the request for suppression of N-14 is deemed **Moot**, inasmuch as the objections to the same were withdrawn by defendant(s)

(c)   the suppression of tapes at N-9, N-10, N-13, N-15 and N-18 be **denied**

(d) segments of relevant portions of the transcripts for each recording were to be modified as recommended at pages 2 thru 4 of the Report and Recommendation (**Docket No. 180**).

No objections to the Report and Recommendation were filed by the government nor by defendants. Accordingly, the Magistrate-Judge's Report and Recommendation is **APPROVED** and the recommendations therein **ADOPTED**.

**SO ORDERED.**

At San Juan, Puerto Rico, this 3rd day of February, 2009.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**